```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF ALABAMA
            SOUTHERN DIVISION
```

| | |
|---|---|
| **GUY MAXAMILLION TAYLOR,** | * |
| | * |
| Petitioner, | * |
| | * |
| vs. | * CIVIL ACTION NO. 22-00109-JB-B |
| | * |
| **REOSHA BUTLER**, | * |
| | * |
| Respondent. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be transferred to the Northern District of Alabama.

**DONE** and **ORDERED** this the 30th day of March, 2022.

/s/JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE